UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEAN RAFAEL JOSEPH,

    Petitioner,

v.

ERIC H. HOLDER, JR., Attorney General, JANET NAPOLITANO, Secretary of the Department of Homeland Security, and REBECCA ADDUCI, US IMMIGRATION AND CUSTOMS ENFORCEMENT DIRECTOR

    Respondents.
_____/

Case No. 10-14592
Honorable Patrick J. Duggan

## JUDGMENT

On November 18, 2010, Petitioner filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 challenging his detention pending his removal from the United States. Respondents answered the petition on December 30, 2010. In an Opinion and Order issued on this date, the Court denied the petition.

Accordingly,

**IT IS ORDERED**, that Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DISMISSED WITH PREJUDICE**;

**IT IS FURTHER ORDERED**, that a certificate of appealability is **DENIED** because reasonable jurists would not find the Court's assessment of the claims asserted in

2

the petition debatable or wrong. *Slack v. McDaniel*, 529 U.S. 473, 484, 120 S. Ct. 1595, 1604 (2000).

Dated: February 14, 2011     s/PATRICK J. DUGGAN
                             UNITED STATES DISTRICT JUDGE

Copies to:
Rafael-Jean Joseph, #074010687
Chippewa County Jail
325 Court Street
Sault St. Marie, MI 49783

AUSA Derri T. Thomas